MORRISTOWN TRUST COMPANY, complainant,

*v.*

ELIZABETH SAFFORD et al., defendants.

[Decided November 17th, 1919.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Stevens, and reported in *90 N. J. Eq. 22.*

*Messrs. King & Vogt,* for the complainant.

*Mr. Edward K. Mills* and *Mr. John A. Bernhard,* for the defendants.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Stevens.

*For affirmance*—THE CHIEF-JUSTICE, SWAYZE, TRENCHARD, BERGEN, MINTURN, KALISCH, BLACK, WHITE, HEPPENHEIMER, WILLIAMS, TAYLOR, GARDNER, ACKERSON—13.

*For reversal*—None.